UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD ALLEN LARSON, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARRIE LINTHICUM, et al, )<br>)<br>Defendants. ) | Civil No. 1:20-cv-127-NT |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

On May 5, 2020, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 15). On May 6, 2020 and May 8, 2020, the Plaintiff filed additional documents (ECF Nos. 16 and 17). On May 15, 2020, the Plaintiff filed two objections to the Recommended Decision (ECF Nos. 18 and 20) and a letter (ECF No. 19). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED,** the Plaintiff's motion to proceed in forma pauperis is

**GRANTED**, and the Plaintiff's complaint be **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 19th day of May, 2020.