# United States Court of Appeals
## For the First Circuit

_____

No. 20-2016

RICHARD ALLEN LARSEN, III

Plaintiff - Appellant

v.

CARRIE LINTHICUM, Aroostook County Deputy District Attorney; BANGOR MAINE STATE POLICE; CHRIS BECK, Presque Isle Police Officer; JOHN HIATT, Penobscot County Treasurer; JARED CARNEY, Ashland Maine Police Officer; REGINA LARSEN; STEPHANIE LARSEN; APRIL FOUNTAIN

Defendants - Appellees

_____

**JUDGMENT**

Entered: May 19, 2021
Pursuant to 1st Cir. R. 27.0(d)

　　By notice issued April 15, 2021, Appellant Richard Allen Larsen, III, was notified that he was in default for failure to file a response to the November 17, 2020 show cause order. Appellant Richard Allen Larsen, III was warned that unless he filed a show cause response by April 29, 2021 this case would be dismissed for lack of diligent prosecution.

　　Appellant having failed to file a show cause response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

　　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　Maria R. Hamilton, Clerk

cc:
 Richard Allen Larsen III
Aaron M. Frey