# United States Court of Appeals
## For the First Circuit

No. 20-2016

RICHARD ALLEN LARSEN, III

Plaintiff - Appellant

v.

CARRIE LINTHICUM, Aroostook County Deputy District Attorney; BANGOR MAINE
STATE POLICE; CHRIS BECK, Presque Isle Police Officer; JOHN HIATT, Penobscot County
Treasurer; JARED CARNEY, Ashland Maine Police Officer; REGINA LARSEN;
STEPHANIE LARSEN; APRIL FOUNTAIN

Defendants - Appellees

## MANDATE

Entered: June 9, 2021

In accordance with the judgment of May 19, 2021, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Aaron M. Frey
Richard Allen Larsen III